Elliot Gale (Bar #263326)
egale@gajplaw.com
Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorneys for Plaintiff
ROBERT BENNETT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT BENNETT<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et. al.<br><br>Defendants | Case No.: 3:17-cv-00347-JD<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES, LLC AND EXPERIAN INFORMATION SOLUTIONS, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff Robert Bennett, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Equifax Information Services, LLC and Experian Information Solutions, Inc. as to all claims in this action, with prejudice.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

(a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(1) a notice of dismissal before the opposing party serves either an answer

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT

or a motion for summary judgment.

Defendants Equifax Information Services, LLC and Experian Information Solutions, Inc. have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, the matter may be dismissed against both Defendants for all purposes and without an Order of the Court.

Dated: January 22, 2020                          Gale, Angelo, Johnson, & Pruett, P.C.


                                        By:     _/s/ Joe Angelo_____
                                                Joe Angelo
                                                Attorneys for Plaintiff

2